No. 73–7016.   VIERA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 73–7021.   HOWARD v. UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 73–7023.   WEST v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 73–7034.   CLARK v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 73–7043.   RUIZ v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 73–7044.   DORROUGH v. CONGRESS OF THE UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 73–7048.   JAMES v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 73–7052.   WARD v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 73–7053.   BAILLEY v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 73–7056.   MARSHALL v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 73–7057.   DISHER ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 73–7062.   KOPP v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 73–7065.   BODEY v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.